## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

ROGER POOLE, et al.,                          )
                                              )
                        Plaintiffs,           )
v.                                            )
                                              )    Case No. 05-cv-0669-MJR
COMMERCIAL TRAILER SERVICES,                  )
INC, et al.,                                  )
                                              )
                        Defendants.           )

## PAY-OUT ORDER

Pursuant to the garnishment payment made by garnishee Citizens Community Bank in the amount of $3,965.34, the Clerk is **DIRECTED** to issue payment to plaintiffs from the registry of the Court in the amount of $3,965.34, payable to the order of "District No. 9 Employment Benefits Funds," and sent in care of plaintiffs' counsel, Janet E. Young, Hammond, Shinners, Turcotte, Larrew & Young, P.C., 7730 Carondelet Avenue, Suite 200, St. Louis, Missouri 63105.

IT IS SO ORDERED.

DATED this 21st day of March 2008.

s/ Michael J. Reagan
MICHAEL J. REAGAN
UNITED STATES DISTRICT JUDGE